**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 2:20-CR-00228-01** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **JOSHUA MICHAEL DICKERSON (01)** | **MAGISTRATE JUDGE KAY** |

**ORDER OF ACCEPTANCE OF GUILTY PLEA**

Having reviewed the Report and Recommendation (Doc. 27) of the Magistrate Judge who found that Defendant was fully competent, that his plea of guilty as to Count 1 is knowing and voluntary, and supported by the written factual basis, and further noting Defendant, Joshua Michael Dickerson's waiver of objections to the Report and Recommendation,

**IT IS ORDERED** that the plea of guilty as to Count 1 by Joshua Michael Dickerson is hereby **ACCEPTED**.

**THUS DONE AND SIGNED** in Chambers on this 7th day of June, 2021.

*[signature]*
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**